# Exhibit J

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

July 27, 2020

Grayson Walker
Assistant U.S. Attorney
Northern District of Illinois
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

Re: Larry Hoover

To Whom it May Concern:

It is the duty of the Illinois Department of Corrections ("IDOC") to operate safe and secure facilities for the men and women in its custody. The security measures in place within IDOC are designed to effectuate that responsibility. However, certain individuals present unique challenges for which enhanced security measures and increased resources cannot guarantee personal safety. In these situations, the IDOC works with its partners within the Federal Bureau of Prisons or sister states to house these individuals outside of Illinois.

Larry Hoover presents a unique security challenge due to his notoriety and position within the security threat group ("STG") Gangster Disciples. Out of an abundance of caution and for the purpose of ensuring Mr. Hoover's personal safety, if released to the IDOC, he will be housed outside of Illinois. In fact, the Federal Bureau of Prisons has already agreed to house Mr. Hoover for the remainder of his state sentence if necessary.

The Department is concerned that a return to Illinois by Mr. Hoover will result in significant threats to his safety. His notoriety and position within the Gangster Disciples make him a target for members of rival STGs seeking to assert influence or increase their profile within the IDOC. Internal conflicts within the Gangster Disciples or power struggles over its leadership could also threaten Mr. Hoover's safety within IDOC. Placement within protective custody may not fully neutralize these threats. As a result, the IDOC believes

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

it is in the best interest of Mr. Hoover and the IDOC for him to complete his state sentence within the Federal Bureau of Prisons, if necessary.

Sincerely,

Eugene Jackson
Chief of Investigations and Intelligence
Illinois Department of Corrections