# Exhibit K

# Illinois Prisoner Review Board
# NOVEMBER 2022 Indeterminate Cases

|    | IDOC # | NAME | LOCATION | HEARING DATE |
|----|--------|------|----------|--------------|
| 1. | C81919 | Henderson, Michael* | DIX | 11/2/2022 |
| 2. | C01829 | Hoover, Larry* | DIX | 11/15/2022 |
| 3. | C90056 | Robinson, Virgil* | LAW | 11/2/2022 |
| 4. | C70122 | Gorham, Robert* | WIL | 11/1/2022 |

**\*Cook County case / \*\*Minimum case**

**Inmate Interview postponed from original date:**